# UNITED STATES DISTRICT COURT
for the

District of South Dakota

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Yahoo Holdings, Inc.
701 First Avenue, Sunnyvale, CA 94089

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Sioux Falls Grand Jury<br>400 S. Phillips Avenue, Sioux Falls, SD 57104 | Date and Time:<br>07/07/2021 9:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, and source of payment for email address(es) REDACTED

Date: June 7, 2021



CLERK OF COURT

_Matthew Thelen_
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Jeff Clapper
325 S. 1st Ave Suite 300 Sioux Falls, SD 57104
605-330-4400
Jeff.Clapper@usdoj.gov
Cecile.Reynolds@usdoj.gov

2021R00317 - 001

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* Yahoo Holdings, Inc.
was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Andrew Jacob
*Printed name and title*

Homeland Security Investigations

_____
*Server's address*

Additional information regarding attempted service, etc: