UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

In the Matter of a Subpoena Regarding:    No. 4:21-mc-00008

21-088-04                                   **MOTION TO PERMANENTLY SEAL DOCUMENT**

---

Regarding Subpoena No.: 2021R00317-001

The United States hereby moves this Court for an Order permanently sealing Document 1-1 filed June 7, 2021, the matter involves a possible violation of 18 U.S.C. §§ 2252, certain activities relating to child pornography. The United States has concluded its investigation and has determined that no charges will be submitted to the grand jury in this district for consideration. Because no charges will be brought, the United States requests that Document 1-1 be permanently sealed to prevent public disclosure that the e-mail address named in the document was at one time the subject of an investigation.

Dated this 15th day of June, 2021.

                                               DENNIS R. HOLMES
                                               Acting United States Attorney

                                               /s/ Jeffrey C. Clapper
                                               Jeffrey C. Clapper
                                               Assistant United States Attorney
                                               P.O. Box 2638
                                               Sioux Falls, SD 57101-2638
                                               Telephone: (605)357-2351
                                               Facsimile: (605)330-4410
                                               E-Mail: jeff.clapper@usdoj.gov